**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 30, 2014

Hon. Aurora De La Garza
District Clerk
Cameron County Courthouse
974 E. Harrison
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-12-00341-CV
Tr.Ct.No.  2009-10-5624-B
Style:    CAMERON COUNTY, TEXAS CARLOS H. CASCOS, SOPHIA BENAVIDES, JOHN
        WOOD, DAVID A. GARZA AND EDNA TAMAYO v. FRANK A. TOMPKINS,
        INDIVIDUALLY AND AS TRUSTEE, AND CAROLYN TOMPKINS YOUNG

Dear Sir/Madam:

      The judgment of the trial court in the above cause was AFF/REV & REMANDED TO TRIAL CT by this Court on the 24th day of October, 2013. The mandate is enclosed.

      Costs of the appeal are adjudged 50% against appellant and against appellee.

      Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days. Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

                Very truly yours,

                Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    Justice Federico G. Hinojosa (DELIVERED VIA E-MAIL)
      Hon. Arturo Cisneros Nelson (DELIVERED VIA E-MAIL)
      Hon. James P. Allison (DELIVERED VIA E-MAIL)
      Hon. Horacio L. Barrera (DELIVERED VIA E-MAIL)
      Hon. Eduardo Roberto Rodriguez (DELIVERED VIA E-MAIL)
      Hon. Edward Michael Rodriguez (DELIVERED VIA E-MAIL)